**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 9:24-cv-81162-RLR

LAWRENCE FELTZIN,

Plaintiff,

v.

ROYCE JUPITER LLC,

Defendant.
_________________________________/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, LAWRENCE FELTZIN, and Defendant, ROYCE JUPITER LLC, hereby advise the Court that the parties have reached an agreement to settle the instant case. The parties will file a Stipulation dismissing this Action with prejudice no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this October 28, 2024.

/s/ *Ramon J. Diego*
RAMON J. DIEGO, ESQ.
Florida Bar No.: 689203
THE LAW OFFICE OF
RAMON J. DIEGO, P.A.
5001 SW 74th Court, Suite 103
Miami, FL 33155
Telephone: (305) 350-3103
Primary E-Mail: rdiego@lawgmp.com
Secondary E-Mail: ramon@rjdiegolaw.com
*Counsel for Plaintiff*

*/s/ Kevin M. Young*
KEVIN M. YOUNG, ESQ.
Florida Bar No.: 114151
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta Georgia 30309-3958
Telephone: (404) 885-1500
E-Mail: rkyoung@seyfarth.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this October 28, 2024.

Respectfully submitted,

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: rdiego@lawgmp.com
Secondary E-Mail: ramon@rjdiegolaw.com

By: */s/_Ramon J. Diego*______
RAMON J. DIEGO